UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY R. GARCIA,

Petitioner,

v.

LOUIS GARNICA,

Respondent.

Case No.  2:26-cv-0085-DJC-JDP (P)

ORDER

Petitioner, a state prisoner, filed this section 2254 action seeking federal habeas relief. The petition appears procedurally deficient, and I will dismiss it with leave to amend. Additionally, I will grant petitioner's application to proceed *in forma pauperis*.  ECF No. 6.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

Petitioner's claims are procedurally deficient for two reasons.  First, he indicates that the conviction he is challenging dates from 2004 and, thus, is well past the one-year statute of

1

limitations contained in the Anti-Terrorism and Effective Death Penalty Act. ECF No. 1 at 2. Second, petitioner states that he has not, as he must for the purposes of exhaustion, presented his claims to the California Supreme Court. *Id.* at 7.

I will dismiss the petition with leave to amend so that petitioner may explain why, if at all, this action should still proceed. If he elects to file an amended petition, it must be titled "First Amended Petition" and be submitted on the form included with this order.

Accordingly, it is ORDERED that:

1.  Petitioner's application to proceed *in forma pauperis*, ECF No. 6, is GRANTED.

2.  The petition, ECF No. 1, is DISMISSED with leave to amend. If petitioner elects to file an amended petition, it must be submitted within thirty days of this order's entry and use the form included with this order. If petitioner does not submit an amended petition within the deadline, I will enter findings and recommendations that this action be dismissed.

3.  The Clerk of Court shall send petitioner a habeas petition form with this order.

IT IS SO ORDERED.

Dated:    April 23, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2