UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY R. GARCIA,<br>Petitioner,<br>v.<br>LOUIS GARNICA,<br>Respondent. | Case No. 2:26-cv-0085-DJC-JDP (P)<br><br>ORDER; FINDINGS AND RECOMMENDATIONS |

On September 29, 2026, I submitted findings and recommendations that the first amended petition be dismissed without leave to amend as untimely.[1] ECF No. 11. With those recommendations pending, petitioner filed a motion to appoint counsel and a motion to stay. ECF Nos. 13 & 14. I will deny the motion to appoint counsel because there is no right to counsel in a federal habeas action and, given the untimely nature of petitioner's claims, discretionary appointment makes little sense.[2] *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986) ("We note from the outset that the sixth amendment right to counsel does not apply in habeas

[1] In his motion to appoint counsel, petitioner also appends an order from the Ninth Circuit denying him permission to file a successive habeas petition. ECF No. 13 at 4. The petition should be dismissed on this basis as well.

[2] Petitioner appears to argue that he is entitled to counsel under California's Racial Justice Act, but this court looks to federal law, not state, to determine whether appointment of counsel is appropriate.

corpus actions."); *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) ("[A] court may under 'exceptional circumstances' appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1)."). And, because petitioner is not entitled to appointment of counsel, I will also recommend denial of his motion to stay, that requests a stay to allow appointed counsel to review the case. ECF No. 14 at 1.

Accordingly, it is ORDERED that petitioner's motion to appoint counsel, ECF No. 13, is DENIED.

Further, it is RECOMMENDED that the motion to stay, ECF No. 14, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: October 23, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE